

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNIVERSITY OF MASSACHUSETTS, et al., )
)
      Plaintiffs, )
) Case No. 1:05-cv-00706-RMU
v. ) Judge Ricardo M. Urbina
)
ROSLIN INSTITUTE, et al., )
)
      Defendants. )
_____)

## ORDER
## REGARDING SCHEDULING OF RELATED CASES

Upon consideration of the parties' consent motion regarding the scheduling of related cases, it is, this 16 day of June 2005:

ORDERED, that the motion is granted; and it is FURTHER ORDERED, that

a)     A status conference for the above captioned case and related case no. 1:05-cv-00353 shall be scheduled for September 8, 2005. The Parties shall be prepared to address the issue of consolidation of the above captioned case and related case no. 1:05-cv-00353 at the September 8, 2005, status conference.

b)     The above captioned case and related case no. 1:05-cv-00353 shall proceed on the same schedule as set forth in subsection (c) below.

c)     All deadlines proposed in the LCvR 16.3 Report of Counsel [Docket Entry No. 7] filed in 1:05-cv-00353 after September 8, 2005, shall be postponed approximately one month as follows:

Joinder of Additional Parties/Amendment of Pleadings

September 30, 2005

Entry of Protective Order/Service of Initial Written Discovery:

    October 14, 2005

Completion of Fact Discovery:

    April 14, 2006

Service of Expert Reports by Party With Burden at Trial:

    May 3, 2006

Service of Rebuttal Expert Reports:

    June 15, 2006

Completion of expert discovery:

    July 28, 2006

Status Conference/Selection of Trial Date:

    *August 1, 2006, at 2 pm* [handwritten]

Dispositive Motions:

    To be filed at any time on or before August 14, 2006;

Opposition to Dispositive Motions:

    To be filed 21 days after service of the dispositive motion;

Replies in support of Dispositive Motions:

    To be filed 14 days after service of the opposition to the dispositive motion.

Decision on Dispositive Motions:

    As soon as convenient for the Court but a least 90 days before trial.

Pretrial conference:

TBD

_____
Ricardo M. Urbina
United States District Judge