AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Columbia__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>05cv706 | DATE FILED<br>4/7/2005 | U.S. DISTRICT COURT<br>for the District of Columbia |
|---|---|---|
| **PLAINTIFF**<br>UNIVERSITY OF MASSACHUSETTS<br>Goodell Bldg, Room 512, Amherst, MA 01003-3290<br>ADVANCED CELL TECHNOLOGY, INC.<br>One Innovation Dr., Worcester, MA 01605 | | **DEFENDANT**<br>ROSLIN INSTITUTE Roslin BioCentre, Midlothian EH25 9PS Scotland UK; GERON CORPORATION 230 Constitution Dr., Menlo Park, CA 94025; EXETER LIFE SCIENCES, INC. 4455 Camelback Rd., Phoenix, AZ 85018 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 105,192 | 1/6/2009 | |
| 2 | 6,235,970 | 5/22/2001 | UNIVERSITY OF MASSACHUSETTS |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 09/05/2006 STIPULATION of Dismissal by UNIVERSITY OF MASSACHUSETTS, ADVANCED CELL TECHNOLOGY, INC.. (Gholz, Charles) (Entered: 09/05/2006) |

| CLERK<br>Greg Hughes, Interim Clerk | (BY) DEPUTY CLERK<br>/s/ Nicole Wilkens | DATE<br>12/4/2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy